# Court of Appeals
# of the State of Georgia

ATLANTA, September 19, 2024

*The Court of Appeals hereby passes the following order*

**A25D0049. CITY OF SOUTH FULTON, GEORGIA v. THOMAS N. WATERS, JR. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2023CV387775



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, September 19, 2024.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*